# WAIVER OF SERVICE OF SUMMONS

TO: <u>Adam C. Virant</u>

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>Debra Johnson v. D.F. King & Co., Inc. et al.</u>, which is case number <u>**07-cv-3829**</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with the judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>**May 17, 2007**</u>, or within 90 after that date if the request was sent outside the United States.

_6/13/07_
Date

_Walter [signature]_
Signature
Printed/typed name: WALTER A. JENBY
{as _S.V.P. & GENERAL Counsel_}
{of _D.F. KING & Co., INC._}