# WAIVER OF SERVICE OF SUMMONS

TO: Adam C. Virant

I acknowledge receipt of your request that I waive service of a summons in the action of Debra Johnson v. D.F. King & Co., Inc. et al., which is case number **07-cv-3829** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with the judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **May 17, 2007**, or within 90 after that date if the request was sent outside the United States.

6/18/07
_____
Date

_____
Signature
Printed/typed name:

{as_____}
{of_____}