

**Sullivan & Worcester LLP**
1290 Avenue of the Americas
New York, NY 10104

T 212 660 3000
F 212 660 3001
www.sandw.com

# MEMO ENDORSED





June 28, 2007

By Hand

Hon. P. Kevin Castel,
  United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Johnson v. D.F. King & Co., No. 07 Civ. 3829 (PKC) (S.D.N.Y.)

Dear Judge Castel:

This firm represents the defendant in the above-captioned matter. I write to request an adjournment of the initial pretrial conference currently scheduled for July 6 at 9:30 a.m. I have conferred with Ari Karpf, Esq., counsel for plaintiff, who has consented to this request. In addition, I have determined that counsel are available on July 26, except between 1 p.m. and 3 p.m., and on July 27 after 12 noon. If the Court requires additional adjourned dates, I will obtain them.

Neither party has requested an adjournment previously.

Respectfully submitted,

*[signature]*

George O. Richardson, III
(GR9817)

Direct line: 212 660 3021
grichardson@sandw.com

GOR:mm

cc(via FAX):   Ari Karpf, Esq.,
                Counsel for plaintiff

*[Handwritten endorsement: conference adjourned from July 6 to July 27, 2007 at 2:45 p.m. SO ORDERED. [signature] USDJ 6-29-07]*

{N0089946; 1}
BOSTON   NEW YORK   WASHINGTON, DC