(AKECS.

George O. Richardson, III (GR9817)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000

Attorneys for defendant D.F. King & Co.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___8___
DATE FILED: 7/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEBRA JOHNSON,

                Plaintiff,

      - against -

D.F. KING & CO., INC., et al.

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 3829 (PKC)

**STIPULATION & ORDER**

    IT IS HEREBY STIPULATED TO that the time for defendant D.F. King & Co. to answer or otherwise move with respect to the complaint is extended to July 27, 2007.

KARPF KARPF & VIRANT

By: _____
    Adam C. Virant

140 Broadway
New York, New York 10005
(212) 929-6030

Attorneys for plaintiff

SULLIVAN & WORCESTER LLP

By: _____
    George O. Richardson, III (GR9817)

1290 Avenue of the Americas
New York, New York 10104
(212) 660-3021

Attorneys for defendant D.F. King & Co.

SO ORDERED:

_____
United States District Judge

New York, New York
July 6, 2007

{N0090146; 1}