George O. Richardson, III (GR9817)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 660-3000
grichardson@sandw.com

Attorneys for defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| DEBRA JOHNSON, | : | |
| Plaintiff, | : | 07 Civ. 3829 (PKC) |
| | : | |
| - against - | : | NOTICE OF APPEARANCE |
| | : | |
| D.F. KING & CO., INC., et ano, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

　　　　PLEASE TAKE NOTICE that Sullivan & Worcester LLP hereby appears on behalf of defendants in the above-captioned matter and demands that all pleadings and papers be served upon it.

Dated:  New York, New York
　　　　August 1, 2007

Yours, &c.,

SULLIVAN & WORCESTER LLP


By: /s/George O. Richardson, III
　　George O. Richardson, III (GR9817)

{N0092354; 1}

- 2 -

T O :

Adam C. Virant, Esq.
Karpf Karpf & Virant
140 Broadway
New York, New York  10005

Attorneys for plaintiff