IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA JOHNSON | : |
| | : **DOCKET NO. 07-3829** |
| Plaintiff, | : **CIVIL ACTION** |
| | : |
| v. | : |
| | : |
| D.F. KING & CO., INC., | : |
| and | : |
| GARY VANCE THOMAS, | : |
| | : |
| Defendants. | : |

## VOLUNTARY NOTICE OF DISMISSAL

Plaintiff, by and through her undersigned counsel, hereby serves this Voluntary Notice of Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1), dismissing Defendant Gary Vance Thomas from the above-captioned matter.

                                                Respectfully submitted,

                                                /s/ Adam C. Virant
                                                Adam C. Virant (AV 5429)
                                                KARPF, KARPF & VIRANT
                                                140 Broadway, 46th Floor
                                                New York, NY 10005
                                                (212) 929-6030

                                                Attorney for Plaintiff

Date: September 27, 2007