```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
DEBRA JOHNSON,                      :
                                    :
                  Plaintiff,        :
                                    :    ORDER
        - against -                 :
                                    :    07 Civ. 3829 (DC)
D.F. KING & CO., INC, et al.,       :
                                    :
                  Defendants.       :
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

**CHIN, D.J.**

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:   New York, New York
         October 2, 2007

                                      _____
                                      DENNY CHIN
                                      United States District Judge